UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   15-24535-CIV-GAYLES
                    (14-20433-CR-GAYLES)
MAGISTRATE JUDGE P.A. WHITE

ODELIN MONTAS,                          :

    Movant,                          :

v.                                      :          REPORT RE §2255 WITH
                                                       PENDING APPEAL
UNITED STATES OF AMERICA,      :

    Respondent.                      :
_____

    Odelin Montas has filed a *pro se* motion to vacate pursuant to 28 U.S.C. § 2255 attacking the conviction and/or sentence imposed in case number 14-20433-CR-GAYLES.

    Review of the docket of the underlying criminal case and the docket of the Eleventh Circuit Court of Appeals reveal that the movant filed a notice of appeal through counsel and that the appeal remains pending before the Eleventh Circuit Court of Appeals, case number 15-12783-AA.

    The notice of appeal divested this Court of jurisdiction to entertain a collateral attack upon the validity of the conviction and sentence. United States v. Tovar-Rico, 61 F.3d 1529, 1532 (11th Cir. 1995), United States v. Wilson, 894 F.2d 1245, 1252 (11th Cir. 1990). The motion should be dismissed without prejudice to refile if it concerns a matter appropriate to be raised after the appeal. United States v. Khoury, 901 F.2d 948, 969 n.20 (11th Cir. 1990); Shewchun v. United States, 797 F.2d 941 (11th Cir. 1986)(stating that, "[i]t is the general rule of this Circuit that the filing of a timely and sufficient notice of appeal acts to divest the trial court of jurisdiction over the matters at issue in the appeal...".)

The prohibition against a district court exercising jurisdiction over a case properly before the court of appeals prevents parties from "fight[ing] a 'two front war' for no good reason." <u>Shewchun</u>, 797 F.2d at 943.

It is therefore recommended that this motion to vacate pursuant to 28 U.S.C. §2255 be dismissed without prejudice as to any issue not cognizable on appeal, except to the application of any federal procedural bar that may apply.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Signed this <u>16</u>th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Odelin Montas, pro se
     Reg. No. 01775-104
     D. Ray James
     Correctional Institution
     Inmate Mail/Parcels
     Post Office Box 2000
     Folkston, GA 31537

     Aimee C. Jimenez, AUSA
     United States Attorney's Office
     99 NE 4 Street
     Miami, FL 33132